UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TONY LUCIBELLO,

        Plaintiff,

vs.                        Case No.  2:05-cv-9-FtM-33SPC

MIYAMI, L.L.C.; CAPE CORAL BAKERY &
DELI, INC.,

        Defendant.
_____

**ORDER**

This matter comes before the Court on the Joint Motion for Approval and Entry of Consent Decree (Doc. #39-1) and Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #43), recommending that the Court award Lucibello $7,070.00 in attorney's fees and $1,571.57 in costs for a total of $8,641.57. No objections were filed.  The Court first addresses the Report and Recommendation.

*A.  Report and Recommendation*

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the

district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).

For those issues that have not been specifically objected to, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. The Court therefore accepts the Report and Recommendation of magistrate judge Sheri Polster Chappell. As recommended, the Court will award Lucibello $7,070.00 in attorney's fees and $1,571.57 in costs for a total of $8,641.57.

B. Consent Decree

In their Joint Motion for Approval and Entry of Consent Decree, the parties make two requests: (1) that the Court approve and enter the Consent Decree; and (2) that the Court retain

jurisdiction to enforce the Consent Decree.  Having reviewed the Consent Decree and finding it acceptable, the Court will approve and enter the Consent Decree.  However, the Court will not retain jurisdiction to enforce the Consent Decree.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  The Joint Motion for Approval and Entry of Consent Decree (Doc. #39-1) is GRANTED.  However, the Court will not retain jurisdiction to enforce the Consent Decree.

2.  United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #39-1) is ACCEPTED and ADOPTED.

3.  The Court awards Lucibello $7,070.00 in attorney's fees and $1,571.57 in costs for a total of $8,641.57.

4.  The Consent Decree (Doc. #39-2) is hereby entered and approved and will be entered contemporaneously to the entry of this Order.

5.  The Clerk is directed to enter Judgment adopting the Consent Decree by attaching a copy of the Consent Decree to said Judgment.

6.  The Clerk is further directed to terminate all previously scheduled deadlines and any pending motions.

**DONE** and **ORDERED** at Fort Myers, Florida, this <u>22nd</u> day of February, 2006.


VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies:
All Counsel of Record